UNITED STATES of America, Plaintiff–Appellee,

v.

Mohammed Ismail HOSSAIN, Defendant–Appellant.

No. 13–50587.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2016.*

Filed April 18, 2016.

Jean–Claude Andre, Assistant U.S., Allen W. Chiu, Assistant U.S., Victor Augustus Rodgers, Assistant U.S., Office of the U.S. Attorney Los Angeles, CA, for Plaintiff–Appellee.

Before: FARRIS, TALLMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Mohammed Ismail Hossain appeals from the district court's judgment and challenges the 40-month concurrent sentences imposed following his guilty-plea convictions for conspiracy, in violation of 18 U.S.C. § 371, and illegal trafficking in food stamp benefits, in violation of 7 U.S.C. § 2024(b). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hossain's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

provided Hossain the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.